MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund</u>

Debtor: __Carol Lynn Rose__

Chapter 7 Case No. __09-41187__

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank NA | 15 | | $0.25 |

Date: __February 10, 2010__

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871   #63538

RECEIVED
10 FEB 11 AM 9:33
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN